# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Sue A. Biddle | 09–03004 |
| Debtor(s) |  |

## NOTICE AND ORDER RE: INCOMPLETE FILING

NOTICE IS HEREBY GIVEN that on October 14, 2009, a pleading was filed in the above referenced case containing the following deficiency:

**Unfiled Schedules and Other Documents**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Schedule A | ☐ | Schedule B | ☐ | Schedule D |
| ☐ | Schedule E | ☐ | Schedule F | ☐ | Schedule G |
| ☐ | Schedule H | ☐ | Schedule I or Corp. Equivalent | ☐ | Schedule J or Corp. Equivalent |
| ☑ | Payment Advices (Debtor) | ☐ | Credit Counseling Certificate (Debtor) | ☐ | Exhibit D (Debtor) |
| ☐ | Payment Advices (Jt. Debtor) | ☐ | Credit Counseling Certificate (Jt. Debtor) | ☐ | Exhibit D (Jt. Debtor) |
| ☐ | Statement of Financial Affairs | ☐ | Summary of Schedules Page 1 | ☐ | Summary of Schedules Page 2 |
| ☐ | Exhibit C not attached to petition | ☐ | Corporate Ownership Statement | ☐ | |
| ☐ | Other: | | | | |

***THEREFORE, IT IS HEREBY ORDERED that:***

Debtor or debtors (hereafter "debtor") shall cure the deficient filing(s) as described in the above no later than fifteen (15) days from the filing date of the Petition;

***IT IS FURTHER ORDERED:***
If the filing party fails to cure described deficiencies within the applicable periods, an order dismissing the case or proceeding may be entered without further notice or hearing, unless within the applicable period or periods debtor files a motion to extend the time to cure. A motion to extend time will only be granted on a showing of good cause, and such cause must be stated in the motion. The motion shall be served on the trustee and the United States trustee. If debtor desires a hearing on the motion, it must be requested in the motion and included within the title of the motion.

DATED and ENTERED October 15, 2009

Paul J. Kilburg
Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0862-2          User: tsta              Page 1 of 1           Date Rcvd: Oct 15, 2009
Case: 09-03004                Form ID: deficbk        Total Noticed: 1

The following entities were noticed by first class mail on Oct 17, 2009.
db           +Sue A. Biddle,   9079 N. Badger Rd.,   East Dubuque, IL 61025-9300

The following entities were noticed by electronic transmission.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2009**               **Signature:** _Joseph Speetjens_