```
                   IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF IOWA


IN RE:                              )
                                    )    Chapter 7
SUE A. BIDDLE,                      )
                                    )    Bankruptcy No. 09-03004
        Debtor.                     )
```

## ORDER RE FAILURE TO FILE PAYMENT ADVICES

Debtor filed her Chapter 7 petition on October 14, 2009 without payment advices.  A Notice and Order re Incomplete Filing was issued giving Debtor to and including October 29, 2009 to file payment advices.  To date, said payment advices have not been filed.

**WHEREFORE**, Debtor is given to and including November 19, 2009 within which to file payment advices or this case will be dismissed without further notice or hearing.

Dated and Entered:

   November 5, 2009

_____
Paul J. Kilburg
Bankruptcy Judge