```
CASEY'S MARKETING CO.                              Period End Date:  11/15/08    Check No.   844396
02420-000178943                                    BIDDLE, SUSAN
Earnings    Hours      Amount    Year-To-Date  D E D U C T I O N S  Year-To-Date   D E D U C T I O N S   Year-To-Date

REGULAR   90.00       1805.42    37913.82    401K       36.11      758.31
QTR.BNS                           9435.55    AT HIG     18.99      398.79
                                             EMP FIC   103.03     2748.69
                                             FED W/H   186.46     5273.31
                                             MEDICAR    24.10      642.84
                                             IL W/H     43.38      612.50
                                             4DD.LIF     1.15       24.15
                                             INS STA   124.61     2616.81
                                             IA W/H               996.00

         Total Gross                                           Total Deductions
         Total Taxable  1625.71  43575.46                      Net Pay           1267.59      33277.97
         ACH DIRECT              ACCT 001416304                1,267.59
         Comment
```

**CASEYS DIRECT DEPOSIT**

Data                                              Check No. 844396
11/14/08

PAY                                               Amount
                                                  $1,267.59

ONE THOUSAND TWO HUNDRED SIXTY-SEVEN AND 59/100 DOLLARS - - - - - - - - - - - - - - - - - - - - - - - -

TO THE    SUSAN BIDDLE
ORDER     9079 BADGER RD
OF        EAST DUBUQUE        IL    61025

**NON-NEGOTIABLE**

| CASEY'S MARKETING CO. | | | | | | Period End Date: | 10/15/08 | Check No. | 832566 |
|---|---|---|---|---|---|---|---|---|---|
| 02420-000178943 | | | | | | BIDDLE, SUSAN | | | |
| Earnings | Hours | Amount | Year—To—Date | DEDUCT 10 N S | Year—To¯Date | D E D U C T I O N S | | Year—To¯Date | |
| REGULAR | 90.00 | 1805.42 | 34302.98 | 401K | 36.11 | 686.09 | | | |
| QTR.BNS | | | 9435.55 | DNT HIG | 18.99 | 360.81 | | | |
| | | | | EMP FIC | 103.03 | 2542.63 | | | |
| | | | | FED W/H | 186.46 | 4900.39 | | | |
| | | | | MEDICAR | 24.10 | 594.65 | | | |
| | | | | IL W/H | 43.38 | 525.74 | | | |
| | | | | 4DD.LIF | 1.15 | 21.85 | | | |
| | | | | INS STA | 124.61 | 2367.59 | | | |
| | | | | IA W/H | | 996.00 | | | |
| Total Gross | | 1VVJ.'TG | TJ1 JV·✓J | | | Total Deductions | | | |
| Total Taxable | | 1625.71 | 40324.04 | | | Net Pay | | 1267.59 | 30742.78 |
| ACH DIRECT | | ACCT 001416304 | | | | 1,267.59 | | | |
| Comment | | | | | | | | | |

| | | | Check No. |
|---|---|---|---|
| Date | **CASEYS DIRECT DEPOSIT** | | 832566 |
| 10/15/08 | | | |
| | | | Amount |
| PAY | | | $1,267.59 |

ONE THOUSAND TWO HUNDRED SIXTY-SEVEN AND 59/100 DOLLARS - - - - - - - - - - - - - - - - - - - - - - -

TO THE    SUSAN BIDDLE
ORDER    9079 BADGER RD
OF       EAST DUBUQUE    IL    61025

**NON-NEGOTIABLE**

Moens Milk Service, LLC
446 U.S. HWY 18
Montfort, WI 53569

Robert L Biddle
407 Superior
Boscobel, WI 53805

| Employee Pay Stub | Check number: | | Pay Period: 06/16/2009 - 06/30/2009 | Pay Date: 06/30/2009 |
|---|---|---|---|---|
| **Employee** | | SSN | Status (Fed/State) | Allowances/Extra |
| Robert L Biddle, 407 Superior, Boscobel, WI **53805** | | 776 | Married/Married | Fed-0/0/WI-1 |

| **Earnings and Hours** | Qty | Rate | **Current** | YTD **Amount** |
|---|---|---|---|---|
| Hourly | 127:15 | 13.00 | 1,654.25 | 18,001.75 |
| Taxes | | | Current | YTD **Amount** |
| Federal Withholding | | | -132.00 | -1,414.00 |
| Social Security Employee | | | -102.56 | -1,116.11 |
| Medicare Employee | | | -23.99 | -261.03 |
| WI - Income Tax | | | -97.73 | -1,028.52 |
| | | | -356.28 | -3,819.66 |
| Net Pay | | | 1,297.97 | **14,182.09** |

Moens Milk Service, LLC, 446 U.S. HWY 18, Montfort, WI 53569 608-943-6527

Moens Milk Service, LLC
446 U.S. HWY 18
Montfort, WI 53569

Robert L Biddle
407 Superior
Boscobel, WI 53805

| Employee Pay Stub | | Check number: | | | Pay Period: 07/01/2009 - 07/15/2009 | | Pay Date: 07/15/2009 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Robert L Biddle, 407 Superior, Boscobel, WI **53805** | | | | | ***-**-1776 | Married/Married | Fed-0/0/WI-1 |

| Earnings and Hours | Qty | **Rate** | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 114:15 | 13.00 | 1,485.25 | 19,487.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -106.00 | -1,520.00 |
| Social Security Employee | | | -92.08 | -1,208.19 |
| Medicare Employee | | | -21.53 | -282.56 |
| WI - Income Tax | | | -84.55 | -1,113.07 |
| | | | -304.16 | -4,123.82 |
| Net Pay | | | **1,181.09** | **15,363.18** |

Moens Milk Service, LLC, 446 U.S. HWY 18, Montfort, WI 53569 608-943-6527

| CASEY'S MARKETING CO. | | | | Period End Date: 11/30/08 | | Check No. 850215 |
|---|---|---|---|---|---|---|
| 02420-000178943 | | | | BIDDLE, SUSAN | | |
| Earnings | Hours | Amount | Year-To-Date | DEDUCTIONS | Year-To-Date | DEDUCTIONS | Year-To-Date |

| Earnings | Hours | Amount | YTD | Deduction | Amount | YTD |
|---|---|---|---|---|---|---|
| REGULAR | 90.00 | 1805.42 | 39719.24 | 401K | 36.11 | 794.42 |
| QTR.BNS | | | 9435.55 | DNT HIG | 18.99 | 417.78 |
| | | | | EMP FIC | 103.04 | 2851.73 |
| | | | | FED W/H | 186.46 | 5459.77 |
| | | | | MEDICAR | 24.10 | 666.94 |
| | | | | IL W/H | 43.38 | 655.88 |
| | | | | ADD.LIF | 1.15 | 25.30 |
| | | | | INS STA | 124.61 | 2741.42 |
| | | | | IA W/H | | .996.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Gross | | 1tiU5.4L' | +91J4.I¹ | Total Deductions | | |
| Total Taxable | | 1625.71 | 45201.17 | Net Pay | 1267.58 | 34545.55 |
| ACH DIRECT | | ACCT 001416304 | | 1,267.58 | | |
| Comment | | | | | | |

| | **CASEYS DIRECT' DEPOSIT** | Check No. |
|---|---|---|
| Date' | | 850215 |
| 11/28/08 | | |
| | | Amount |
| PAY | | $1,267.58 |

ONE THOUSAND TWO HUNDRED SIXTY-SEVEN AND 58/100 DOLLARS - - - - - - - - - - - - - - - - - - - - - - - -

| TO THE | SUSAN BIDDLE | | | |
|---|---|---|---|---|
| ORDER | 9079 BADGER RD | | | |
| OF | EAST DUBUQUE | IL | 61025 | **NON-NEGOTIABLE** |

| Earnings | Hours | Amount | Year-To-Date | DEDUCTIONS | Year-To-Date | DEDUCTIONS | Year-To-Date |
|---|---|---|---|---|---|---|---|
| REGULAR | 90.00 | 1805.42 | 41524.66 | 401K | 36.11 | 830.53 | |
| QTR.BNS | | | 14426.30 | 3NT HIG | 18.99 | 436.77 | |
| | | | | EMP FIC | 103.04 | 3264.19 | |
| | | | | FED W/H | 186.46 | 6535.90 | |
| | | | | MEDICAR | 24.10 | 763.40 | |
| | | | | IL W/H | 43.38 | 848.98 | |
| | | | | ADD.LIF | 1.15 | 26.45 | |
| | | | | INS STA | 124.61 | 2866.03 | |
| | | | | IA W/H | | 996.00 | |

CASEY'S MARKETING CO.
02420-000178943

Period End Date: 12/15/08    Check No. 856021
BIDDLE, SUSAN

Total Gross    1UV.YL    √√7√V•%V
Total Taxable    1625.71    51817.63
ACH DIRECT    ACCT 001416304
Comment

Total Deductions
Net Pay    1267.58    39382.71
1,267.58

Data    **CASEYS DIRECT .DEPOSIT**    Check No.
12/15/08    856021

Amount
$1,267.58

ONE THOUSAND TWO HUNDRED SIXTY-SEVEN AND 58/100 DOLLARS - - - - - - - - - - - - - - - - - - - - - - - -

0 THE    SUSAN BIDDLE
IRDER    9079 BADGER RD
OF    EAST DUBUQUE    IL    61025

**NON-NEGOTIABLE**

| CASEY'S MARKETING CO. | | | | | | Period End Date: 09/15/08 | | Check No. 819362 |
|---|---|---|---|---|---|---|---|---|
| 02420-000178943 | | | | | | BIDDLE, SUSAN | | |
| Earnings | Hours | Amount | Year-To-Date | DEDUCTIONS | Year-To-Date | DEDUCTIONS | | Year-To-Date |
| REGULAR | 90.00 | 1805.42 | 30692.14 | 401K | 36.11 | 613.87 | | |
| QTR.BNS | | | 9435.55 | 3NT HIG | 18.99 | 322.83 | | |
| | | | | EMP FIC | 103.03 | 2336.56 | | |
| | | | | FED W/H | 186.46 | 4527.47 | | |
| | | | | MEDICAR | 24.09 | 546.45 | | |
| | | | | IL W/H | 43.38 | 438.98 | | |
| | | | | ADD.LIF | 1.15 | 19.55 | | |
| | | | | INS STA | 124.61 | 2118.37 | | |
| | | | | IA W/H | | 996.00 | | |
| Total Gross | | | | | | Total Deductions | | |
| Total Taxable | | 1625.71 | 37072.62 | | | Net Pay | 1267.60 | 28207.61 |
| ACH DIRECT | | ACCT 001416304 | | | 1,267.60 | | | |
| Comment | | | | | | | | |

**Date**    **CASEYS DIRECT DEPOSIT**    Check No. 819362
09/15/08

Amount
$1,267.60

ONE THOUSAND TWO HUNDRED SIXTY-SEVEN AND 60/100 DOLLARS - - - - - - - - - - - - - - - - - - - - -

O THE
'RDER.  SUSAN BIDDLE
OF     9079 BADGER RD
       EAST DUBUQUE     IL    61025

**NON-NEGOTIABLE**

| CASEY'S MARKETING CO. | | | | | | | Period End Date: 10/31/08 | | Check No. 838433 |
|---|---|---|---|---|---|---|---|---|---|
| 02420-000178943 | | | | | | | BIDDLE, SUSAN | | |
| Earnings | Hours | Amount | Year—To–Date | DEDUCTIONS | Year–To—Date | D EDUCTION S | | | Year—To–Date |
| REGULAR | 90.00 | 1805.42 | 36108.40 | 401K | 36.11 | 722.20 | | | |
| QTR.BNS | | | 9435.55 | DNT HIG | 18.99 | 379.80 | | | |
| | | | | EMP FIC | 103.03 | 2645.66 | | | |
| | | | | FED W/H | 186.46 | 5086.85 | | | |
| | | | | MEDICAR | 24.09 | 618.74 | | | |
| | | | | IL W/H | 43.38 | 569.12 | | | |
| | | | | 4DD.LIF | 1.15 | 23.00 | | | |
| | | | | INS STA | 124.61 | 2492.20 | | | |
| | | | | IA W/H | | 996.00 | | | |
| Total Gross | | IUVJ."tb | ^I✓✓`7J.7✓ | | | Total Deductions | | | |
| Total Taxable | | 1625.71 | '41949.75 | | | Net Pay | | 1267.60 | 32010.38 |
| ACH DIRECT | | | ACCT 001416304 | | 1,267.60 | | | | |
| Comment | | | | | | | | | |

**CASEYS DIRECT DEPOSIT**

Data  10/31/08

Check No. 838433

Y

Amount $1,267.60

ONE THOUSAND TWO HUNDRED SIXTY-SEVEN AND 60/100 DOLLARS - - - - - - - - - - - - - - - - - - - - - - -

9 THE
RDER
OF

SUSAN BIDDLE
9079 BADGER RD
EAST DUBUQUE    IL   61025

**NON-NEGOTIABLE**