IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| SUE A. BIDDLE, | ) |
| | ) Bankruptcy No. 09-03004 |
| Debtor. | ) |

### ORDER RE FAILURE TO FILE PAYMENT ADVICES

Debtor filed her Chapter 7 petition on October 14, 2009 without payment advices. A Notice and Order re Incomplete Filing was issued giving Debtor to and including October 29, 2009 to file payment advices. To date, said payment advices have not been filed.

**WHEREFORE**, Debtor is given to and including November 19, 2009 within which to file payment advices or this case will be dismissed without further notice or hearing.

Dated and Entered:

November 5, 2009

_____
Paul J. Kilburg
Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0862-2           User: tsta                  Page 1 of 1                  Date Rcvd: Nov 05, 2009
Case: 09-03004                 Form ID: pdf902             Total Noticed: 1

The following entities were noticed by first class mail on Nov 07, 2009.
db            +Sue A. Biddle,   9079 N. Badger Rd.,   East Dubuque, IL 61025-9300

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 07, 2009**              **Signature:** _Joseph Speetjens_