# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  | CHAPTER 7 |
|---|---|
| In Re: | Bankruptcy No. |
| Sue A. Biddle | 09–03004 |
| Debtor(s) | |

## NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
### (Official Form 23)

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 and a copy of the certificate of completion from the financial management course must be filed before a discharge can be entered. Failure to file both documents will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

☐ Statement of Completion of Course (Form 23) not filed – available at www.IANB.uscourts.gov

☐ Certificate of Financial Management Course not filed

☑ Both documents not filed – a copy of the Certificate of Financial Management Course and a Statement of Completion of Course (Form 23).

                                        SEAN F. McAVOY
                                        Clerk, Bankruptcy Court
                                        by:

*Theresa G. Stoelman*

Date: January 22, 2010                      Deputy Clerk
                                          P.O. Box 74890
                                          425 2nd Street SE
                                          Suite 800
                                          Cedar Rapids, IA 52407–4890