# UNITED STATES BANKRUPTCY COURT
## Northern District of Iowa

In Re:  Sue A. Biddle

Debtor(s)

Case No.: 09−03004

Chapter:  7

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

**IT IS ORDERED THAT**

**Paul Fitzsimmons**

is discharged as trustee of the estate of the above−named debtor(s);

**IT IS FURTHER ORDERED THAT** the Chapter 7 case of the above−named debtor(s) is closed.

Dated: 2/17/10

Sean F. McAvoy  
Bankruptcy Clerk