## UNITED STATES BANKRUPTCY COURT

Northern District of Iowa

In Re: Sue A. Biddle

Debtor(s)

Case No.: 09−03004

Chapter: 7

# FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

**IT IS ORDERED THAT**

**Paul Fitzsimmons**

is discharged as trustee of the estate of the above−named debtor(s);

**IT IS FURTHER ORDERED THAT** the Chapter 7 case of the above−named debtor(s) is closed.

Dated: 2/17/10

Sean F. McAvoy
Bankruptcy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0862-2          User: admin              Page 1 of 1           Date Rcvd: Feb 17, 2010
Case: 09-03004                Form ID: 126             Total Noticed: 1

The following entities were noticed by first class mail on Feb 19, 2010.
db            +Sue A. Biddle,   9079 N. Badger Rd.,   East Dubuque, IL 61025-9300

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2010**                    **Signature:**   _Joseph Speetjens_