```
                    UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF IOWA

IN RE:                          )    CHAPTER 7
                                )    CASE NO. 09-03004D
SUSAN A. BIDDLE,                )
                                )
                                )
                                )    UNITED STATES TRUSTEE'S
            Debtors.            )    MOTION TO REOPEN CASE AND
                                )    APPOINT CHAPTER 7 TRUSTEE
```

The United States Trustee respectfully moves the court for an order reopening this case for cause pursuant to 11 U.S.C. § 350(b). In support of this motion, the undersigned states as follows:

1. Susan A. Biddle ("debtor") filed her voluntary chapter 7 petition on October 14, 2009 (doc. 1).

2. Paul Fitzsimmons was appointed to serve as case trustee by notice issued October 14, 2009 (doc. 2).

3. A § 341(a) meeting of creditors was held and concluded on December 7, 2009.

4. An order discharging debtor was entered on February 17, 2010 (doc. 15).

5. The case was closed as a no-asset filing by entry of a final decree on February 17, 2009 (doc. 16).

6. The United States Trustee recently learned that debtor has an interest in a settlement award related to a personal injury claim that arose prior to debtors' bankruptcy filing.

7. Ms. Biddle's interest is an asset of the bankruptcy estate under 11 U.S.C. § 541. Her interest was not listed in the property schedules filed with the court.

8. Under 11 U.S.C. § 554(c) and (d), unscheduled assets are not deemed abandoned when a case is closed.

9. This case should be reopened to allow the trustee to administer Ms. Biddle's interest in the settlement award.

10. Good cause exists to reopen the case pursuant to 11 U.S.C. § 350(b).

Wherefore, the United States Trustee respectfully moves the court for an order reopening this chapter 7 case and appointing Sheryl Schnittjer as Chapter 7 Trustee.

Dated this 26th day of April, 2019.

    James L. Snyder,
    Acting United States Trustee
    Region 12

By: */s/ Janet G. Reasoner*
    Janet G. Reasoner
    Assistant U.S. Trustee
    Office of U.S. Trustee
    U.S. Federal Courthouse
    111 7th Avenue SE, Box 17
    Cedar Rapids, IA 52401-2101
    (319)/364-2211 fax 364-7370
    Janet.G.Reasoner@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on April 24, 2019:

Francis Wm. Henkels
Sheryl L. Schnittjer
Parties requesting notice pursuant to Bankruptcy Rule 2002

Sue A. Biddle
9079 N. Badger Rd.
East Dubuque, IL 61025

                                              */s/ Jennifer L. Cline*
                                              Jennifer L. Cline
                                              Paralegal Specialist