# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Sue A. Biddle | 09–03004 |
| Debtor(s) | |

## ORDER REOPENING CASE

A Motion to Reopen having been filed on April 26, 2019 and the fee having been deferred;

IT IS THEREFORE ORDERED this Chapter 7 case is reopened.

ORDERED April 29, 2019

Thad J. Collins
Bankruptcy Judge