## UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA

111 Seventh Avenue SE #15
Cedar Rapids, IA 52401–2101

In Re a Petition for Relief under chapter 7 of Title 11, U.S. Code, filed by or against the below–named Debtor(s) on April 29, 2019:

DEBTOR : Sue A. Biddle
9079 N. Badger Rd.
East Dubuque, IL 61025

CASE NO. 09–03004

### APPOINTMENT OF TRUSTEE
### AND APPROVAL OF STANDING BOND

NOTICE IS HEREBY GIVEN THAT:

1. The following trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

Sheryl Schnittjer
24695 207th Ave.
Delhi, IA 52223

2. If the trustee rejects this appointment, the court and U.S. Trustee's office must be notified within 7 days of receipt of this appointment. Otherwise, the trustee will be deemed to have accepted the appointment.

3. The undersigned deputy clerk certifies that on this date a copy of this notice was served on the above–named trustee, debtor(s), attorney for debtor(s), and U.S. Trustee.

JAMES L. SNYDER
Acting U. S. TRUSTEE Region 12

Dated: April 29, 2019 sgre

REJECTION

I, Sheryl Schnittjer, hereby reject appointment as Trustee.

Dated: This _____ day of _____, 20 \_\_\_\_.

_____
Sheryl Schnittjer