United States Bankruptcy Court
Northern District of Iowa

In re:   Case No. 09-03004-TJC
Sue A. Biddle   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0862-2     User: admin     Page 1 of 1     Date Rcvd: Apr 29, 2019
    Form ID: oreopcs     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
db           +Sue A. Biddle,    9079 N. Badger Rd.,    East Dubuque, IL 61025-9300
             +Sheryl Schnittjer,    24695 207th Ave.,    Delhi, IA 52223-8414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
    Francis Wm. Henkels    on behalf of Debtor Sue A. Biddle fhenkels@henkelslawdbq.com, margaret@henkelsbaker.com;r45649@notify.bestcase.com;office@henkelsbaker.com
    Paul Fitzsimmons    pfitzsimmons@blairfitzsimmons.com, IA08@ecfcbis.com
    United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                                                            TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Sue A. Biddle | 09–03004 |
| Debtor(s) | |

## ORDER REOPENING CASE

A Motion to Reopen having been filed on April 26, 2019 and the fee having been deferred;

IT IS THEREFORE ORDERED this Chapter 7 case is reopened.

ORDERED April 29, 2019

Thad J. Collins
Bankruptcy Judge