United States Bankruptcy Court
Northern District of Iowa

In re:                                                                          Case No. 09-03004-TJC
Sue A. Biddle                                                                   Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-2          User: admin              Page 1 of 1          Date Rcvd: Apr 29, 2019
                              Form ID: trappt          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db              +Sue A. Biddle,     9079 N. Badger Rd.,    East Dubuque, IL 61025-9300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
          Francis Wm. Henkels    on behalf of Debtor Sue A. Biddle fhenkels@henkelslawdbq.com,
           margaret@henkelsbaker.com;r45649@notify.bestcase.com;office@henkelsbaker.com
          Paul Fitzsimmons     pfitzsimmons@blairfitzsimmons.com,   IA08@ecfcbis.com
          Sheryl Schnittjer    delhisls926@gmail.com,   sschnittjer@ecf.axosfs.com
          United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                          TOTAL: 4

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA**

111 Seventh Avenue SE #15
Cedar Rapids, IA 52401–2101

In Re a Petition for Relief under chapter 7 of Title 11, U.S. Code, filed by or against the below−named Debtor(s) on April 29, 2019:

DEBTOR :   Sue A. Biddle
9079 N. Badger Rd.
East Dubuque, IL 61025

CASE NO. 09–03004

---

*APPOINTMENT OF TRUSTEE*
*AND APPROVAL OF STANDING BOND*

---

NOTICE IS HEREBY GIVEN THAT:

1. The following trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

Sheryl Schnittjer

24695 207th Ave.
Delhi, IA 52223

2. If the trustee rejects this appointment, the court and U.S. Trustee's office must be notified within 7 days of receipt of this appointment. Otherwise, the trustee will be deemed to have accepted the appointment.

3. The undersigned deputy clerk certifies that on this date a copy of this notice was served on the above−named trustee, debtor(s), attorney for debtor(s), and U.S. Trustee.

JAMES L. SNYDER
Acting U. S. TRUSTEE Region 12

Dated: April 29, 2019 sgre

---

REJECTION

I, Sheryl Schnittjer, hereby reject appointment as Trustee.

Dated: This _____ day of _____, 20 _____.

_____
Sheryl Schnittjer